**Michael BOWDEN, Plaintiff–Appellant**

v.

**Jimmy BANKS, Warden, Varner Unit, ADC; Joe Page, III, Deputy Warden, Varner Unit, ADC; Shirley Hudson, CO, Varner Unit, ADC; G. Williams, CO, Varner Unit, ADC; K. Bolden, Major, Varner Unit, ADC, Defendants–Appellees.**

No. 14–3844.

United States Court of Appeals, Eighth Circuit.

Submitted: June 15, 2015.

Filed: June 23, 2015.

Michael Bowden, Grady, AR, pro se.

Hester Irene Criswell, Patrick E. Hollingsworth, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Michael Bowden appeals following entry of judgment against him in his pro se 42 U.S.C. § 1983 action, in which he claimed that defendants failed to protect him from an assault by other inmates. Upon careful de novo review, we conclude that, for the reasons explained by the district court,[1] the court not err in (1) dismissing three defendants without prejudice based on Bowden's failure to exhaust his administrative remedies, *see* 42 U.S.C. § 1997(e); *King v. Iowa Dep't of Corr.,* 598 F.3d 1051, 1052 (8th Cir.2010) (standard of review); and (2) granting summary judgment for the remaining two defendants, *see Whitson v. Stone Cnty. Jail,* 602 F.3d 920, 923 (8th Cir.2010) (standard of review and elements of failure-to-protect case). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.